UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JENNIFER MITCHELL,

      Plaintiff,

Case No: 2:25-cv-02570-TC-RES

vs.

PHARMACEUTICAL RESEARCH
ASSOCIATES, INC.
a Virginia corporation,

      Defendant.

## CERTIFICATE OF SERVICE

On the 14th day of January 2026, counsel hereby certifies that a true and correct copy of Plaintiff's Expert Witness Disclosure was served via electronic mail to counsel for Defendant, as follows:

Jenna Brofsky
Robin Koogler
HUSCH BLACKWELL LLP
4801 Main Street, Ste. 1000
Kansas City, Missouri 64112
Tel: 816.983.8000
Fax: 816.983.8080
jenna.brofsky@huschblackswell.com
robin.koogler@huschblackwell.com

And

1

David C. Lindsay
M. Claire Healy
K&L GATES
301 Hillsborough Street, Ste. 1200
Raleigh, NC 27603
Tel: 919.743.7303
david.lindsay@klgates.com
claire.healy@klgates.com

## Certificate of Service

      I hereby certify that a true and correct copy of the foregoing was served upon counsel for defendants, as identified below, via electronic mail on the 14th day of January 2026:

Jenna Brofsky
Robin Koogler
HUSCH BLACKWELL LLP
4801 Main Street, Ste. 1000
Kansas City, Missouri 64112
Tel: 816.983.8000
Fax: 816.983.8080
jenna.brofsky@huschblackswell.com
robin.koogler@huschblackwell.com

And

David C. Lindsay
M. Claire Healy
K&L GATES
301 Hillsborough Street, Ste. 1200
Raleigh, NC 27603
Tel: 919.743.7303
david.lindsay@klgates.com
claire.healy@klgates.com

ATTORNEYS FOR DEFENDANT


/s/ Albert F. Kuhl